

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MARIA BELBIS, QUINTORIA DUNMARS,          )
VICTOR L. POLK, HATTIE BAUGH, OLIVIA       )
DORITY, PAMELA WEST and RUBY MADRY         )
TOLLIVER, individually and on behalf of a Rule 23 Class )
of "CN-1 and CN-2 Nurse" and "LPN-1 and LPN-2 )
Nurse employees, similarly situated, and MARIA )
BELBIS, QUINTORIA DUNMARS, VICTOR L.       )
POLK,  HATTIE BAUGH, OLIVIA DORITY,        )
PAMELA WEST, RUBY MADRY TOLLIVER,          )
MARTIA BROWN, LISA LOCKE,                  )
CYNTHIA MALOTT, BABS CUSIC, ANNIS          )
K. FISCHER, LILLIE HENDERSON, ELIZABETH    )
JEFFERSON, MANUAEL P. MANALASTAS,          )
LAVONIA C. NOBLE KING, MARYKUTTY MATHEW, ) 
KATHY MCKINNEY, DEBRA MITCHELL,            )
PATRICIA MOORE, FELICIA OGBULI,            )
NIEVA M. PANES, SHARON PATTERSON,          )
CAROLYN PHILLIPS, BENCHAPORN SAMIPREM,     )
PHONGSUDA SANAKIJ, CECILIA TORRES,         )
JESTINE M. TURNBOUGH, JANISE WILLIAMS,     )
DIANE WILLIAMS, LINDA J. BROWN, LORRAINE   )
CHATMAN, DOROTHY CHILLIS, H. ANN           )
DRAPER, SHEILA GAY, JANIS HILL, CHERRI A.  )
MOORE, MAXIE THOMAS NWAUIKU, ADA           )
OGALI, TIMOTHY PATTERSON, KATHERINE        )
PEARSON, CLARICE PLOTT, SHARON SCHULTZ-    )
JANTOLAK, BERTHA E. SMITH, RUBY WILLIS,    )
LEONA CUNNINGHAM, BELEN FLORANTE,          )
JOYCE M. HARRIS, MATHA                     )
JANTHAPAIBOONKAJON, VIVIAN JANTHAPAI-      )
BOONKAJON, MARIE KRIEGER, ROSITA G.        )
MARZO, SYLVIA L. THOMPSON, SHEILA VERNON,  )
MARIE AJUZIE,  PATIENCE ALILIONWU,         )
CAROLYN C. DONLEY, DARLENE VANZANT FANIEL  )
VERLENE GRANT, SYBIL S. HOWELL,            )
ELIZABETH N. IBEKWE,  MYRA JEFFRIES,       )
NADINE JOHNSON, SALLY A. JOHNSON,          )
ONDRA R. MCLEOD, CHARITY AGBONTAEN         )
NWARU, ALICE OGBONNA, KANDA                )
PUANGPRASERT, DEBRA TURNER, SAMETTA        )
ATHALONE, CHARA WATKINS, IMELDA M.         )
CUEVO, EVELYN O. FRANCIA, TRICIA MOSLEY,   )



| | |
|---|---|
| TONI M. CARRINGTON, ANGELA IKDEAME, | ) |
| SHERRY TYLER, LINDA WALKER-MORRIS, | ) |
| BARBARA J. JOHNSON, DELORES BROWN, | ) |
| BESSIE BROWN-SIMS, ROBERTA BLACK | ) |
| BURTON, THERESA CLAY, DENISE CLENNA, | ) |
| AUGUSTINE ECHEGWO, SARAH GODBOLT, | ) |
| PARELEE HOLMES, JACQUELINE JACK, | ) |
| CORNELIA LISA MAYLOR, ROSE MCBRIDE, | ) |
| DIANE MORRISON, MATTIE M. MOSS, DORTHY | ) |
| NICHOLS, DORRIE R. SANDERS, MARY E. SMITH, | ) |
| BARBARA TATE, ESSIE VERSE, | ) |
| KATHLEEN WATSON, ROSETTA CRAIG, | ) |
| LILLY MAE JOHNSON, NORA MITCHELL, | ) |
| JENISE OLIVER-JONES, DEBBIE M. REED, | ) |
| LORENE HELTON, JETUN LEWIS, | ) |
| SABRENA CHRISTINE NALLS, VICKIE L. NEYLON, | ) |
| RICHARD WOJTINOWICZ, MAMMIE CARTLEDGE, | ) |
| LINDA M. HOUSTON MENTON, | ) |
| MARGRET POOTHAKARY and ROSIE HEADY, | ) |
| pursuant to 29 USC Section 216(b), on behalf of themselves | ) |
| and all other Plaintiffs, similarly situated, known and unknown | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **COUNTY OF COOK,** | ) |
| | ) **JURY TRIAL DEMANDED** |
| **Defendant** | ) |

## COMPLAINT

NOW COME Plaintiffs, as designated above, on behalf of themselves and all other

Plaintiffs similarly situated, known and unknown, by and through their attorneys, and for their

Complaint against Defendant, **COUNTY OF COOK**, states as follows:

## I.     NATURE OF ACTION

1.  This action is brought under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* (hereinafter referred to as "the FLSA"), the Portal-to-Portal Act, 29 U.S.C. §251, and the Illinois Wage Payment and Collection Act, 820 ILCS Section 115/1 *et seq.*

## II.     JURISDICTION AND VENUE

2.  Jurisdiction arises under the provisions of the Fair Labor Standards Act, 29 U.S.C. §§ 206, 207, the Portal-to-Portal Act, 29 U.S.C. §251 *et seq.*, and for the supplemental or pendent Illinois statutory claim, pursuant to 28 U.S.C. §1367. Venue lies in the Northern District of Illinois in that Plaintiffs are residents of this district and Defendant is engaged in business in this district.

## III.  PARTIES

3.  Defendant, **COUNTY OF COOK,** (hereinafter "Defendant") is engaged in, among other things, the business of providing hospital and health services to the general public. As such, Defendant's services qualify as an enterprise engaged in commerce as defined by the FLSA. Defendant operates a number of facilities at which it employs nurses who are known by the following designations: **"CN-1", "CN-2", "LPN-1", and "LPN-2".** The facilities at which Defendant employs the nurses represented herein are **Cermak Health Services, 2800 S. California, Chicago; Oak Forrest Hospital, 15900 S. Cicero Avenue, Oak Forrest; Provident Hospital, 500 E. 1st Street, Chicago; John H. Stroger, Jr., Hospital of Cook County, 1901 W. Harrison Street, Chicago; Fantus Clinic, 621 S. Winchester Ave., Chicago; and CORE Center, 2020 W. Harrington, Chicago, IL.**

3

4.      Plaintiffs, (i.e., all Parties-Plaintiff who have executed consents attached hereto, hereinafter referred to as "the named Plaintiffs") and all other unnamed Plaintiffs of the class, known and unknown (hereinafter referred to as "members of the Plaintiff Class") are either present or past hourly "CN-1", "CN-2", "LPN-1", or "LPN-2" nurses who have been employed at one or more of Defendant's facilities named above. The Rule 23 Class Representatives, **MARIA BELBIS, HATTIE BAUGH, QUINTORIA DUNMARS, VICTOR L. POLK, OLIVIA DORITY,** and **RUBY MADRY TOLLIVER,** bring this action individually and on behalf of hourly "CN-1", "CN-2", "LPN-1", and "LPN-2" nurse employees, past and present, who are similarly situated. These same Plaintiffs, along with all other Plaintiffs named in the caption and who have executed proper consents to be parties-Plaintiffs, bring this action on behalf of themselves and all other Plaintiffs similarly situated, known and unknown, pursuant to 29 USC §216(b). As employees performing duties for an enterprise engaged in commerce, these employees too were engaged in commerce as defined by the FLSA.

## IV.    CLASS ALLEGATIONS

### Fair Labor Standards Act

5.      Pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), Count I of this action is maintained by the named Plaintiffs as a collective opt-in representative action, for and on behalf of themselves and other CN-1, CN-2, LPN-1, LPN-2 nurses who have been or will in the future be damaged by Defendant's failure to comply with 29 U.S.C. §201 *et seq.* and §251 *et seq.* Count II alleges willfulness on the part of Defendant and asserts a three-year statute of limitations under the FLSA. Count III seeks liquidated damages under the FLSA, §260.

**Illinois Wage Payment and Collection Act**

6.     Pursuant to the Illinois Wage Payment and Collection Act, 820 ILCS Section 115/1 *et seq.*, Count IV of this action is brought by the Plaintiff as an opt-out class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, for and on behalf of all persons similarly situated.   The class represented by the named Rule 23 representative Plaintiffs is all CN-1, CN-2, LPN-1, LPN-2 nurses who have been or will be damaged by Defendant's failure to comply with 820 ILCS §115/1 *et seq.*, on or after the date five (5) years prior to the filing of this action.

## V.     FACTUAL ALLEGATIONS RELEVANT TO ALL COUNTS

7.     The named Plaintiffs and/or all similarly situated members of the Plaintiff Class worked at one or more of the facilities owned and operated by Defendant, as set forth in paragraph 3 above.   The Plaintiffs worked as CN-1, CN-2, LPN-1, and LPN-2 nurses and were treated as hourly employees for purposes of payroll compensation.

8.     At each and every facility noted, in their employment with Defendant Plaintiffs and members of the Plaintiff class were required to perform work duties for Defendant, which Defendant did not recognize as working time. Therefore the named Plaintiffs and other members of the Plaintiff Class were required to spend certain hours performing said work duties which were to the benefit of Defendant, but for which Defendant did not compensate Plaintiffs and members of the Plaintiff Class.

9.    Plaintiffs were permitted, suffered or required to perform certain duties before their shift started, during their meal period, and were further required to perform certain duties after their shift ended.  The duties performed by Plaintiffs and members of the Plaintiff Class were performed, and Defendant accepted the performance of the work because the duties were essential to the well being of the patients being cared for and treated at Defendant's facilities. Defendant did not recognize these hours as work hours and therefore has failed and refused to pay Plaintiffs and members of the Plaintiff Class for those hours.

10.    Plaintiffs and members of the Plaintiff Class were routinely permitted, suffered or required to work through their meal periods, before and after their shifts, during their employment at Defendant's facilities listed above, and although still performing work on behalf of Defendant, said work hours were not recognized or compensated by Defendant.

11.    In many instances, when the above described work hours are properly counted as work hours, Plaintiffs' and members of the Plaintiff Class overall hours exceeded forty (40) in a work week or, in the case of some Plaintiffs working pursuant to an agreement under 29 USC §207(j), eighty (80) hours in a two week work period, entitling Plaintiffs to a premium rate of time and one-half their regularly hourly rate for those unpaid hours.

## COUNT I

## VIOLATION OF FAIR LABOR STANDARDS ACT AND WILLFULNESS

1-11.    Paragraphs 1 through 11 are re-alleged and incorporated as though set forth fully herein as paragraphs 1 through 11 of this Count I.

6

12.     Pursuant to Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, and the Portal-to-Portal Act 29 U.S.C. §251 *et seq.,* the named Plaintiffs, and all other Plaintiffs similarly situated, known and unknown, are entitled to compensation for all hours actually worked and are entitled to wages at a rate not less than one and one-half their regular rate of pay for all hours worked in excess of forty (40) hours in any week or, in the case of some Plaintiffs working pursuant to an agreement under 29 USC §207(j), eighty (80) hours in a two week work period, during the two (2) years preceding the filing of this action.

WHEREFORE, Plaintiffs, on behalf of themselves and all other Plaintiffs similarly situated, known and unknown, respectfully requests this Court to enter an order as follows:

a)     awarding back pay equal to the amount of all unpaid regular and overtime compensation for the two (2) years preceding the filing of this Complaint, according to the applicable statute of limitations;

b)     awarding Plaintiffs' reasonable attorneys' fees and costs incurred as a result of Defendant's violation of the Fair Labor Standards Act; and

c)     for such additional relief as the Court deems appropriate under the circumstances.

## COUNT II

### WILLFUL VIOLATION OF FAIR LABOR STANDARDS ACT

1-11.     Paragraphs 1 through 11 are re-alleged and incorporated as though set forth fully herein as paragraphs 1 through 11 of this Count I.

12.     Pursuant to Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, and the Portal-to-Portal Act 29 U.S.C. §251 *et seq.,* the named Plaintiffs, and all other Plaintiffs similarly situated, known and unknown, are entitled to compensation for all hours actually worked and are entitled to wages at a rate not less than one and one-half their regular rate of pay for all hours worked in excess of forty (40) hours in any week or, in the case of some Plaintiffs working pursuant to an agreement under 29 USC §207(j), eighty (80) hours in a workweek, during the two (2) years preceding the filing of this action.

13.     Defendant's acts complained of herein were willful and intentional, in that Defendant knew or should of known that the pay practices described above violated the FLSA. In *Belbis, et al v. County of Cook* (No. 01 C 6119, Northern District of Illinois, Eastern Division, Honorable John W. Darrah), Defendant was previously sued for predominantly the same wage and hour violations complained of herein and Defendant had ample knowledge that its pay practices relative to meal and post/pre-shift compensation violated the statutes as cited herein. Therefore, Plaintiffs are entitled to wages at a rate not less than one and one-half their regular rate of pay for all hours worked in excess of forty (40) hours in any week during the three (3) years preceding the filing of this action.

14.     Even in the absence of the previous knowledge possessed by Defendant as described above, Defendant's acts complained of herein were nevertheless willful and intentional, in that Defendants knew or should of known that the pay practices described above violated the FLSA and therefore, Plaintiffs are entitled to wages at a rate not less than one and

one-half their regular rate of pay for all hours worked in excess of forty (40) hours in any week or, in the case of some Plaintiffs working pursuant to an agreement under 29 USC §207(j), eighty (80) hours in a two week work period, during the three (3) years preceding the filing of this action.

WHEREFORE, Plaintiffs, on behalf of themselves and all other Plaintiffs similarly situated, known and unknown, respectfully requests this Court to enter an order as follows:

a)     finding Defendants actions as alleged herein to have been willful, and awarding compensation for three (3) years preceding the filing of this Complaint, according to the applicable statute of limitation;

b)     awarding Plaintiffs' reasonable attorneys' fees and costs incurred as a result of Defendants' violation of the Fair Labor Standards Act; and

c)     for such additional relief as the Court deems appropriate under the circumstances.

## COUNT III

### LIQUIDATED DAMAGES
### UNDER THE FAIR LABOR STANDARDS ACT

1-11.   Paragraphs 1 through 11 of Count I are re-alleged and incorporated as though set forth fully herein as Paragraphs 1 through 11 of Count II.

12.     In denying Plaintiffs and members of the Plaintiff Class compensation for all hours actually worked and then, in turn, failing to pay those hours when applicable at a rate of one and one-half for hours worked over forty (40) in a workweek or, in the case of some Plaintiffs working pursuant to an agreement under 29 USC §207(j), eighty (80) hours in a two week work period, Defendant's acts were not based upon good faith or reasonable grounds.

13.     The named Plaintiffs and all other past and present employees similarly situated, known and unknown, are entitled to liquidated damages equal to the amount of unpaid overtime compensation, pursuant to 29 U.S.C. §260.

WHEREFORE, Plaintiffs, on behalf of themselves and all other Plaintiffs similarly situated, known and unknown, respectfully request this Court to enter an order as follows:

a)      awarding liquidated damages equal to the amount of all unpaid overtime compensation;

b)      awarding Plaintiffs' reasonable attorneys' fees and costs incurred as a result of Defendants' violation of the Fair Labor Standards Act; and

c)      for such additional relief as the Court deems appropriate under the circumstances.

## COUNT IV

### PENDANT OR SUPPLEMENTAL STATE LAW CLAIM
### VIOLATION OF THE ILLINOIS WAGE PAYMENT AND COLLECTION ACT

1-11.   Paragraphs 1 through 11 of Count I are re-alleged and incorporated as though set forth fully herein as Paragraphs 1 through 11 of this Count V.

12.     The Illinois Wage Payment and Collection Act, §2, defines wages as "any compensation owed to an employee by an employer pursuant to an employment contract or agreement between the 2 parties, . . . .". Payment to separated employees is termed "final compensation" and defined as "wages, salaries, earned commissions, earned bonuses . . . . and any other compensation owed the employee by the employer pursuant to an employment contract or agreement between the two parties".

13. The Illinois Wage Payment and Collection Act, §4, provides that every employer shall pay "[A]ll wages earned by any employee during a semi-monthly or bi-weekly pay period shall be paid to such employee not later than 13 days after the end of the pay period in which such wages were earned".

14. The Illinois Wage Payment and Collection Act, §5, provides that "[E]very employer shall pay the final compensation of separated employees in full, at the time of separation, if possible, but in no case later than the next regularly scheduled payday for such employee."

15. Defendant's acts as complained of herein and described above, namely the continuing refusal and failure to pay the earned overtime wages to Plaintiffs and the Plaintiff class, constitutes a violation of the Illinois Wage Payment and Collection Act.

WHEREFORE, Plaintiffs request this Court to enter an Order:

(a) declaring and decreeing Defendant's compensation practices as described herein, and such other violations which may come to light during the prosecution of this matter, in violation of the provisions of the Illinois Wage Payment and Collection Act

(b) awarding an amount of damages, to be shown by the evidence, to which Plaintiffs and other members of the Plaintiff Class are entitled.

(c) awarding the statutory punitive damages to Plaintiffs and members of the Plaintiff Class, equal to 2% of the amount of unpaid overtime for each month following the date of the payment during which underpayments remain unpaid;

Plaintiff further requests that:

(d) this Court retain jurisdiction of the case until such time as it is assured that Defendant has remedied the compensation policies and practices complained of herein and is determined to be in full compliance with the law.

11

(e) this Court order Defendant to pay to Plaintiffs' reasonable attorneys' fees, costs, and litigation expenses, as provided by statute.(g) this Court award whatever additional relief it deems just and appropriate under the circumstances.

Respectfully submitted,

One of the attorneys for Plaintiffs

Roy R. Brandys ( 06278922)
Christopher N. Mammel (06231492)
George K. Lang (6211537)
CHILDRESS & ZDEB, LTD.
515 N. State Street, Suite 2200
Chicago, IL. 60610
(312) 494-0200

John W. Billhorn (6196946)
BILLHORN LAW FIRM
515 N. State Street
Suite 2200
Chicago, IL 60610
(312) 464-1450

## CONSENT FORM

I, *(printed name)* __MARIA BEUBIS R·N·__ , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

__Maria Beubis__

Signature

__5/27/04__

Date

__Clinical nurse I__

Position

__John Stroger Hospital of Cook County__

Hospital/Clinic Name

44890

## CONSENT FORM

I, *(printed name)* _Quintoria Dunmars_ , am a (current)/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Quintoria Dunmars_
Signature

_11/22/03_
Date

_CNI - Staff RN_
Position

_Provident Hospital_
**Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* _Victor L. Polk_, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____     _12 / 10 / 03_____
Signature                            Date

_____RN_____       _____Cermak_____
Position                             **Hospital/Clinic Name**

**August 29, 2003**
44890

# **CONSENT FORM**

I, *(printed name)* _Hattie M. Baugh_, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Hattie M. Baugh_
Signature

_Aug. 28, 2003_
Date

_Lic. Pract. Nurse_
Position

_Ambulatory Screening Clinic_
_Fantus Clinic C.C.H._
Hospital/Clinic Name

44890
8/20/03

## CONSENT FORM

I, *(printed name)* ___Olivia Dority___, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

___Olivia Dority___
Signature

___L. P. N___
Position

___8-18-03___
Date

___Cook (Fantus) County Hospital___
Hospital/Clinic Name

44890
8/20/03

# **CONSENT FORM**

I, *(printed name)* Pamela West _____, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
10-28-03
Date

_____
C N II
Position

_____
Provident hospi
**Hospital/Clinic Name**

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* _Ruby Madry Tolliver_, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Ruby Madry-Tolliver_
Signature

_August 22, 2003_
Date

_LPN 2._
Position

_Stroger Div_
_Cook County Hospital_
Hospital/Clinic Name
_(Fantus)_

44890
8/20/03

## CONSENT FORM

I, *(printed name)* MARTIA A. BROWN , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

Martia Brown
_____
Signature

2/24/04
_____
Date

C N I
_____
Position

Provident Cook County Hosp
_____
**Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* Lisa M Locke _____, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Lisa M Locke_ _____
Signature

___3/6/04_____
Date

___LPN²_____
Position

_Cermak Health Services_
**Hospital/Clinic Name**

44890

# CONSENT FORM

I, *(printed name)* _Malott Cynthia_ , am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Cynthia M. Malott_
Signature

_3/15/04_
Date

_RN II_
Position

_Oak Forest Hospital_
**Hospital/Clinic Name**

# CONSENT FORM

I, *(printed name)* _Babs Cusic_____, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Babs Cusic_____
Signature

_2/21/04_____
Date

_LPN II_____
Position

_Cermak Health Services of Cook County_
Hospital/Clinic Name

44890

## CONSENT FORM

I, *(printed name)* Annis Fisher , am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____          2-20 04
Signature                                Date

CN II
Position                                 _____
                                         Hospital/Clinic Name

44890

## CONSENT FORM

I, *(printed name)* L i l l i E   H E N D E R S o N, am a current/former (circle one) employee of Cook County.   I believe my employer has violated the Fair Labor Standards Act regarding overtime pay.  I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
2-28-04
Date

_____
Position

_____
**Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* ELizabEth JEffERSON, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Elizabeth Jeffuson_
Signature

_2/23/04_
Date

_LPN II_
Position

_CERMAK HEAHh SERVICES_
**Hospital/Clinic Name**

44890

# **CONSENT FORM**

I, *(printed name)* MANUEL P. MANALASTAS , am a current/former (circle one)
employee of Cook County. I believe I am entitled to additional wages for hours I have worked in
excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or
step increases. I wish to be included as a party in the pay claims being asserted by current and
former Cook County employees against Cook County. I hereby give consent to my attorneys,
Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against
Cook County on my behalf under the Fair Labor Standards Act.

_____          12/10/03
Signature                                 _____
                                          Date

_____          CERMAK HEALTH SERVICES
        CN I                              _____
Position                                  **Hospital/Clinic Name**

**August 29, 2003**
44890

## CONSENT FORM

I, *(printed name)* _Lavonia C. Noblo King_ , am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_LavoniaCNoblo King_                           _3/10/04_
Signature                                        Date

_Licensed Pratical Nurse II Provident of Cook County_
Position                      **Hospital/Clinic Name**

44890

# CONSENT FORM

I, *(printed name)* _MARKKUTTY MATHEW_, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.


Signature _Marykutty Mathew._

Date _8/20/03_

Position _LPN II_

Hospital/Clinic Name _FANTUS/ASC._

44890
8/20/03

# CONSENT FORM

I, *(printed name)* ___Kathy A. McKinney___ , am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

___Kathy A. McKinney___
Signature

Date ___4/27/04___

___CNI (Nursing___
Position

___Oak Forest Hosp___
**Hospital/Clinic Name**

44890

# CONSENT FORM

I, *(printed name)* _Debra L. Mitchell_, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Debra L. Mitchell_
Signature

_10 DEC 03_
Date

_LPN II_
Position

_Cermak_
**Hospital/Clinic Name**

**August 29, 2003**
44890

## CONSENT FORM

I, *(printed name)* Patricia Moore , am a current/former (circle one)
employee of Cook County. I believe I am entitled to additional wages for hours I have worked in
excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or
step increases. I wish to be included as a party in the pay claims being asserted by current and
former Cook County employees against Cook County. I hereby give consent to my attorneys,
Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against
Cook County on my behalf under the Fair Labor Standards Act.

_Patricia Moore_____     _12|10|03_____
Signature                           Date

_C N 1_____     _Cermak_____
Position                           **Hospital/Clinic Name**

**August 29, 2003**
44890

# CONSENT FORM

I, *(printed name)* Felicia Ogbuli , am a current/~~former~~ (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.


Felicia Ogbuli                                    11/25/03
**Signature**                                     **Date**


            Rn (CNI)                     Provident Hospital of Cook County
**Position**                              **Hospital/Clinic Name**

44890

# CONSENT FORM

I, *(printed name)* NIEVA M. PANES , am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
Position

_8/20/03_____
Date

_Fantus Clinic_____
Hospital/Clinic Name

44890
8/20/03

# CONSENT FORM

I, *(printed name)* Sharon Patterson_____, am a (current)/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____          ___3-1-04_____
Signature                                 Date

                                           A-CHN
___LPNII_____          John Sengstacke Clinic / Provider
Position                                  **Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* Carolyn Phillips _____, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

Carolyn Phillips _____     3/11/04 _____
Signature                    Date

Nurse LPN II _____         Provident Hospital
Position                     **Hospital/Clinic Name**

44890

# CONSENT FORM

I, *(printed name)* _BENCHAPORN SAMIPREM_ , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Benchaparn Samipren._
Signature

_03/15/04_
Date

_@ N I._
Position

_PROVIDENT HOSPITAL OF COOK COUNT_
Hospital/Clinic Name

44890

## CONSENT FORM

I, *(printed name)* _PHONGSUDA   SANAKIT_ am a current/former (circle one)
employee of Cook County.  I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay.  I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Phongsuda  Sanckij_                     _3-2-04_
Signature                                                    Date

_CN II_                                                   _Provident Hospital of C.C._
Position                                                    **Hospital/Clinic Name**

44890

## CONSENT FORM

I, (printed name) Cecilia Torres _____, am a (current) former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Cecilia Torres_
Signature

_3/3/04_
Date

_C NI_
Position

CERMAK HLTH SERVICES
**Hospital/Clinic Name**

44890

# CONSENT FORM

I, *(printed name)* JESTINE M. TURNbough , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.


_____          4-17-04
Signature                                  Date


_____          C H S
Position                                   Hospital/Clinic Name


44890

## CONSENT FORM

I, *(printed name)* JANISE WILLIAMS , am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

3-3.04
Date

RN - CN-I
Position

AcHN · SengsTACKE
Hospital/Clinic Name

44890

# **CONSENT FORM**

I, *(printed name)* DiANe WilliAms_____, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

Diane Williams
_____
Signature

11/26/03
_____
Date

LPN₂
_____
Position

Provident Hospital of Cook County
_____
**Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* _Linda  J. Brown_ , am a current/former (circle one)
employee of Cook County. I believe I am entitled to additional wages for hours I have worked in
excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or
step increases. I wish to be included as a party in the pay claims being asserted by current and
former Cook County employees against Cook County. I hereby give consent to my attorneys,
Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against
Cook County on my behalf under the Fair Labor Standards Act.

_Linda Brown_
Signature

_12-10-03_
Date

_RN_
Position

_Cermak Health Services_
**Hospital/Clinic Name**

**August 29, 2003**
44890

03/05/2004  10:31    7088490569                    DOLTON CE                                    PAGE

Lorraine chatman

## CONSENT FORM

I, (printed name) Lorraine Chatman, am a current/former (circle one)
employee of Cook County. I believe I am entitled to additional wages for hours I have worked in
excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or
step increases. I wish to be included as a party in the pay claims being asserted by current and
former Cook County employees against Cook County. I hereby give consent to my attorneys,
Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against
Cook County on my behalf under the Fair Labor Standards Act.

_Lorraine Chatman_                          _3/5/04_
Signature                                    Date

                                             _Cermak_
_CNI_                                        _Health Services_
Position                                     Hospital/Clinic Name

August 29, 2003
44890

# CONSENT FORM

I, *(printed name)* Dorothy Chillis_____, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____        12/10/03_____
Signature                                                      Date

C N I   RN_____        Cermak_____
Position                                                      **Hospital/Clinic Name**

August 29, 2003
44890

**CONSENT FORM**

I, *(printed name)* _____*Hi Ann Draper*_____ , am a current/former (circle one)
employee of Cook County.  I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay.  I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____          _____
Signature                                                        Date    11/12/03

_____          _____
Position          C N 1                              Hospital/Clinic Name    Cermak Health Service

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* _Sheila Gay_____, am a current/former (circle one) employee of Cook County.  I believe my employer has violated the Fair Labor Standards Act regarding overtime pay.  I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____          _March 02, 2004_
Signature                                              Date

_____          _Cermak_____
Position                                              Hospital/Clinic Name

44890

# CONSENT FORM

I, *(printed name)* ___Janis Hill_____, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____     _____
Signature                                                   Date   12/16/03

_____     _____
Position   C N I                                      **Hospital/Clinic Name**   Cermak Health Services

**August 29, 2003**
44890

## CONSENT FORM

I, *(printed name)* _Chere A Moore_____, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_2-22-04_____
Date

_CNI_____
Position

_Cermak Health Service of Cook County____
**Hospital/Clinic Name**

44890

## **CONSENT FORM**

I, *(printed name)* Maxie Thomas Nwan, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

Signature _____  Date 12/10/03 _____

Position _Registered Nurse_____  **Hospital/Clinic Name** _Cermak Health Care_____

**August 29, 2003**
44890

## CONSENT FORM

I, *(printed name)* ___Ada   Ogali___, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

___Ada  Ogali___                    ___3/2/04___
Signature                                      Date

___CW 1___                          ___Cormell___
Position                                       Hospital/Clinic Name

44590

# CONSENT FORM

I, *(printed name)* _Timothy Patterson_ am a (current)/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____  
Signature

_12/10/03_  
Date

_____C N I_____  
Position

_Cermak Health Services_  
**Hospital/Clinic Name**

August 29, 2003  
44890

# **CONSENT FORM**

I, *(printed name)* KATHERINE D PEARSE am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Katherine D Pearson_                     _12-10-03_
Signature                                              Date

_3rd - CNI_                              _Cermak_
Position                                        **Hospital/Clinic Name**

**August 29, 2003**
44890

## CONSENT FORM

I, *(printed name)* _Clarice Ploff_ am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Clarice Ploff_
Signature

_11-12-03_
Date

_C N I_
Position

_Cermak Health Service_
**Hospital/Clinic Name**

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* Sharon Schulz Jantolak am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

Sharon H Schulz Jantolak

_____
Signature

12/10/03
_____
Date

C N I
_____
Position

Cermak - DIV 3
_____
**Hospital/Clinic Name**

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* Bertha Smith ___, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Bertha Smith._____     _Dec 10, 2003_____
Signature                        Date

_RN / CNI_____          _Cermak Health Services_____
Position                         Hospital/Clinic Name

**August 29, 2003**
44890

# CONSENT FORM

I, *(printed name)*        R u B y  W I l l i S        , am a current/former (circle one)
employee of Cook County.  I believe I am entitled to additional wages for hours I have worked in
excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or
step increases.  I wish to be included as a party in the pay claims being asserted by current and
former Cook County employees against Cook County. I hereby give consent to my attorneys,
Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against
Cook County on my behalf under the Fair Labor Standards Act.

_____          _____
Signature                                              Date        12-10-03

_____          _____
Position        R N  (CN1)                         Hospital/Clinic Name        CeRmAK

**August 29, 2003**
44890

## CONSENT FORM

I, *(printed name)* _Leona Cunningham_____, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Leona Cunningham_____      _8-21-03_____
Signature                                    Date

_CNS I_____      _John Strager Jr. Hosp / Fantus Ambulatory Service_
Position                                      Hospital/Clinic Name

44890
8/20/03

# **CONSENT FORM**

I, *(printed name)* _Belen Florante_ , am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_8-20-03_
Date

_CRB_
Position

_Santus Clinic_
Hospital/Clinic Name

44890
8/20/03

## CONSENT FORM

I, *(printed name)* __Joyce M. Harris__ am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

__Joyce M. Harris__
Signature

__8/20/03__
Date

__RN__
Position

__ASC (FANTUS)__
Hospital/Clinic Name

44890
8/20/03

# CONSENT FORM

I, *(printed name)* MATHA JANTHAPAISOONKAJON , am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Matha Vanthapuubug_
Signature

_8/20/03_
Date

_CNI_
Position

_FANTUS / AJC_
Hospital/Clinic Name

44890
8/20/03

# CONSENT FORM

I, *(printed name)* VIVIAN JANTHAPAIBOONKAJON , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
Date                    3/1/04

_____
Position                CN1

_____
**Hospital/Clinic Name**    Ambulatory Screening Clinic – Fantus Clinic

44890

# CONSENT FORM

I, *(printed name)* MARIE Krieger_____, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Marie Krieger_____          _8-19-03_____
Signature                                          Date

_C NI_____                            _Fantus Last 5 years also
Position                                            Hospital/Clinic Name   at hosp. total
                                                              27 years

44890
8/20/03

# CONSENT FORM

I, *(printed name)* ROSITA G. MARZO , am a current/former (circle one)
employee of Cook County. I believe I am entitled to additional wages for hours I have worked in
excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or
step increases. I wish to be included as a party in the pay claims being asserted by current and
former Cook County employees against Cook County. I hereby give consent to my attorneys,
Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against
Cook County on my behalf under the Fair Labor Standards Act.

_____          8-20-03
Signature                                Date

_____          FANTUS CLINIC — ASC
Position                                 Hospital/Clinic Name

44890
8/20/03

# CONSENT FORM

I, *(printed name)* Sylvia L. Thompson, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____8-20-03_____
Date

_____CNI - RN_____
Position

STROGER-FANTUS "Pulmonary CI-ENT minor surg"
Hospital/Clinic Name

44890
8/20/03

# CONSENT FORM

I, *(printed name)* Sheila Vernon _____, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
Date
8/22/03

_____
Position
CNI

_____
Hospital/Clinic Name
Fantus

44890
8/20/03

# CONSENT FORM

I, *(printed name)* MARIA AJUZIC, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

2/22/04
_____
Date

RH
_____
Position

PROVIDENT
_____
**Hospital/Clinic Name**

44890

# CONSENT FORM

I, *(printed name)* PATIENCE ALILIONWU , (am a current) former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

Patience Alilionwu

Signature

2/29/04

Date

Clinical Nurse I

Position

Provident Hospital

**Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* _CAROLYN C. DONLEY_ , am a current/former (circle one) employee of Cook County.  I believe my employer has violated the Fair Labor Standards Act regarding overtime pay.  I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Carolyn C. Donley_
Signature

_11-23-03_
Date

_C N I_
Position

_Provident Hosp._
Hospital/Clinic Name

44890

## CONSENT FORM

I, *(printed name)* Darlene Faniel_____, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

Darlene Faniel_____
Signature

2/20/04_____
Date

Registered Nurse_____
Position

PROVIDENT HOSP_____
**Hospital/Clinic Name**

44890

# CONSENT FORM

I, *(printed name)* Verlene Grant, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

10-28-03
_____
Date

CNI
_____
Position

Provident Hospital
_____
**Hospital/Clinic Name**

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* Sybil Howell_____, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____10/28/03_____
Date

_____CNI_____
Position

_____President Hosp of Cook County_____
**Hospital/Clinic Name**

August 29, 2003
44890

# CONSENT FORM

I, *(printed name)* ELIZABETH N. IBEKWE, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
Position

11/25/03
Date

Provident Hospital
Hospital/Clinic Name
of cook county

44890

## CONSENT FORM

I, *(printed name)* Myra A. Jeffries, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
Position      CN-1

_____
Date      10/28/03

_____
**Hospital/Clinic Name**      Provident Hospital

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* NADINE JOHNSON , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
Position

3/03/04
Date

PROVIDENT Hospital of Cook County
Hospital/Clinic Name

44890

## CONSENT FORM

I, *(printed name)* _Sally A. Johnson_ am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_11/25/03_____
Date

_C N I_____
Position

_President of Cook County_
**Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* __Ondra R McLeod__, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

__Ondra PcLeod__
Signature

__11/30/03__
Date

__RN__
Position

__Provident Hospital__
**Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* CHARITY NWARY , am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

Charity Nwaw
_____              02/25/04
Signature                            Date

CN I
_____              PROVIDENT HOSPITAL of Cook
Position                             **Hospital/Clinic Name** County

44890

## CONSENT FORM

I, *(printed name)* Alice Ogbonna , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

11/20/03
Date

R N
Position

Provident hospital of Cook County
Hospital/Clinic Name

44890

# CONSENT FORM

I, *(printed name)* KANDA PHANGPRASERT _____, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

Date 12/6/03

_____
Position  RN. CNI

**Hospital/Clinic Name**  Provident Hosp.

44890

## CONSENT FORM

I, *(printed name)* Debra Turner , am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____10/28/03_____
Date

_____C N I_____
Position

_____Provident Hosp_____
**Hospital/Clinic Name**

**August 29, 2003**
44890

## CONSENT FORM

I, (printed name) Sametta J. Athalone, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Samitta Athalone_
Signature

_3/2/04_
Date

_CN_I / RN_
Position

_Provident / Sengstacke Clinic_
Hospital/Clinic Name

44890

# CONSENT FORM

I, *(printed name)* __Chara Watkins__, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

__Chara Watkins__
Signature

__8/20/03__
Date

__Registered Nurse CNI__
Position

__Cook County Westside Clinic__
Hospital/Clinic Name

44890
8/20/03

## CONSENT FORM

I, *(printed name)* _IMELDA CUSIO_____, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Imelda M. Cusio_____  _08-20-03_____
Signature          Date

_HEAD NURSE CN₂_____  _FANTUS FAMILY PRACTICE_
Position          Hospital/Clinic Name

44890
8/20/03

# CONSENT FORM

I, *(printed name)* _Evelyn O. Francia_, am a current/former (circle one)
employee of Cook County. I believe I am entitled to additional wages for hours I have worked in
excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or
step increases. I wish to be included as a party in the pay claims being asserted by current and
former Cook County employees against Cook County. I hereby give consent to my attorneys,
Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against
Cook County on my behalf under the Fair Labor Standards Act.

_Evelyn O. Francia_
Signature

_Clinical nurse II_
Position

_08/20/03_
Date

_Fantus ASC_
Hospital/Clinic Name

_Ambulatory Screening Clinic_

44890
8/20/03

# **CONSENT FORM**

I, *(printed name)* _Tricia Mosley_ , am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Tricia Mosley_
Signature

_9-22-03_
Date

_CN II_
Position

_JH Stroger Jr Hosp / SCC_
Hospital/Clinic Name

44890
8/20/03

## CONSENT FORM

I, *(printed name)* _Toni Carrington_____, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____     _____
Signature                                                          Date

_____     _____
Position                                                          Hospital/Clinic Name

44890

# CONSENT FORM

I, *(printed name)* Angela Kleams , am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____                    _2/20/04_____
Signature                                     Date

_____CN II_____                    Provident Hospital Cook County
Position                                      **Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* Sherry Tyler _____ am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
Date   2-21-04

_____
Position   CNT

_____
**Hospital/Clinic Name**   Provident CCH

44890

# CONSENT FORM

I, *(printed name)* ___Linda Walker-Morris___, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

___Linda Walker-Morris___
Signature

___12/10/03___
Date

___LPN___
Position

___CERMAK DIV3 7-3___
**Hospital/Clinic Name**

**August 29, 2003**
44890

# **CONSENT FORM**

I, *(printed name)* Barbara J. Johnson, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____        _____
Signature                                                      Date          8/20/03

_____        _____
Position            LPN II                               Hospital/Clinic Name   Fantus Clinic GMC

44890
8/20/03

## CONSENT FORM

I, *(printed name)* __Brown, Delores__ , am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

__Delory B_____
Signature

__Dec 10, 2003__
Date

__LPN II_____
Position

__Cermak Health Services__
**Hospital/Clinic Name**

**August 29, 2003**
44890

# CONSENT FORM

I, *(printed name)* _BESSIE M. Brown - Sims_ , am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Bessie M. Brown-Sims_
Signature

_12/10/03_
Date

_LPN II_
Position

_Cermak_
**Hospital/Clinic Name**

**August 29, 2003**
44890

# CONSENT FORM

I, *(printed name)* Ro BERTA BURTON, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

Roberta Burton
Signature

11/12/03
Date

L.P.N 2
Position

CERMAK HEALTH SERVICE
**Hospital/Clinic Name**

**August 29, 2003**
44890

# CONSENT FORM

I, *(printed name)* _Theresa Clay_, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Theresa Clay._
Signature

_11/12/03_
Date

_Lpn II_
Position

_Cermak Health Services_
**Hospital/Clinic Name**

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* Denise Clenna , am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

12. 10. 03
_____
Date

LPN II
_____
Position

Cermak Health Services
_____
**Hospital/Clinic Name**

**August 29, 2003**
44890

# **CONSENT FORM**

I, *(printed name)* Augustine Echegwo , am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____          12/10/03
Signature                                                      Date

LPN II                                                      Cermak Health Services
Position                                                   **Hospital/Clinic Name**

**August 29, 2003**
44890

# **CONSENT FORM**

I, *(printed name)* _Sarah Godbolt_____, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____            _11-12-03_____
Signature                                                        Date

_____            _Cermak Health Serv._____
(Position                                                       **Hospital/Clinic Name**

**August 29, 2003**
44890

# CONSENT FORM

I, *(printed name)* Paralee Holmes , am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____12/10/03_____
Date

_____L P N II_____
Position

Armak Health Services of
Cook County
**Hospital/Clinic Name**

**August 29, 2003**
44890

# CONSENT FORM

I, *(printed name)* Jacqueline Jack                    , am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

Jacqueline Jack
_____
Signature

12-15-03
_____
Date

LPN
_____
Position

Cermack Hosp
_____
Hospital/Clinic Name

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* _Cornelia Lisa Maylor_ am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Cornelia Lisa Maylor_
Signature

_12/10/03_
Date

_LPN II_
Position

_Cermak Health Service_
Hospital/Clinic Name

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* _Rose McBride_, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Rose McBride_
Signature

_11-12-03_
Date

_L P N II_
Position

_CERMAK HEALTH SERVICE_
**Hospital/Clinic Name**

**August 29, 2003**
44890

## CONSENT FORM

I, *(printed name)* _Diane Morrison_, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Diane Morrison_
Signature

_11-12-03_
Date

_LPN II_
Position

_Cermak Heath Service_
_8 Rup. 7-3³⁰_
**Hospital/Clinic Name**

August 29, 2003
44890

# CONSENT FORM

I, *(printed name)* M A T T I E      M o s s , am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____         _____
Signature                                Date   11/12/03

_____         _____
Position   LPN II                        **Hospital/Clinic Name**   Cermak Health Service

August 29, 2003
44890

### CONSENT FORM

I, (printed name) _Dorothy J. Nichols_, am a current/former (circle one)
employee of Cook County. I believe I am entitled to additional wages for hours I have worked in
excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or
step increases. I wish to be included as a party in the pay claims being asserted by current and
former Cook County employees against Cook County. I hereby give consent to my attorneys,
Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against
Cook County on my behalf under the Fair Labor Standards Act.

_Dorothy J. Nichols_                         _11 Dec 2003_
Signature                                    Date

_LPN²_                                       _Cook County Jail_
Position                                     _Cermak Health Services_
                                             Hospital/Clinic Name

August 29, 2003
44890

# CONSENT FORM

I, (printed name) _DORRIE SANDERS_, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____                    _12/11/03_____
Signature                                          Date

_LPN II_____                             _Cermak Heath Services_
Position                                           Hospital/Clinic Name

August 29, 2003
44890

## CONSENT FORM

I, *(printed name)* ___MARY E. SMITH___, am a current former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

___Mary E. Smith LPN II___           ___03-04-2004___
Signature                             Date

___L P N II___                        ___CERMAK HEALTH SERVICES___
Position                              Hospital/Clinic Name

August 29, 2003
44890

# **CONSENT FORM**

I, *(printed name)* ___Barbara Tate___, am a current/former (circle one) employee of Cook County.  I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases.  I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

___Barbara Tate___
Signature

___12-10-03___
Date

___LPN___
Position

___Cermak Health Services___
**Hospital/Clinic Name**

**August 29, 2003**
44890

## CONSENT FORM

I, *(printed name)* _Essie Verse_, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Essie Verse_
Signature

_Dec 10, 2003_
Date

_LPN_
Position

_Cermak_
**Hospital/Clinic Name**

**August 29, 2003**
44890

## CONSENT FORM

I, *(printed name)* KATHLeeN WATSON , am a (current) former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Kathleen Watson_
Signature

_2/23/04_
Date

_LPN II_
Position

_Cermak (Cook County Health (Jail_
**Hospital/Clinic Name**

44890

# CONSENT FORM

I, *(printed name)* _Rosetta Craig_ , am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Rosetta Craig_
Signature

_8-20-03_
Date

_RN_
Position

_ER - FANTUS_
Hospital/Clinic Name

44890
8/20/03

## CONSENT FORM

I, *(printed name)* _Lilly Mae Johnson_ , am a current/former (circle one)
employee of Cook County. I believe I am entitled to additional wages for hours I have worked in
excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or
step increases. I wish to be included as a party in the pay claims being asserted by current and
former Cook County employees against Cook County. I hereby give consent to my attorneys,
Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against
Cook County on my behalf under the Fair Labor Standards Act.

_Lilly Mae Johnson_
Signature

_8-20-03_
Date

_LPN II_
Position

_Fantus Clinic_
Hospital/Clinic Name

44890
8/20/03

# **CONSENT FORM**

I, *(printed name)* _Nora Mitchell_____, am a current/former (circle one) employee of Cook County.  I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases.  I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Nora Mitchell_____
Signature

_Aug 20, 2003_____
Date

_LPN 2_____
Position

_JHSC C_____
Hospital/Clinic Name

44890
8/20/03

# **CONSENT FORM**

I, *(printed name)* Denise Oliver-Jones , am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____         8/20/03
Signature                                               Date

LPN II                                                   Fantus / RHS
Position                                                 Hospital/Clinic Name

44890
8/20/03

# CONSENT FORM

I, *(printed name)* _Debbie M Reed_____, am a current/former (circle one)
employee of Cook County. I believe I am entitled to additional wages for hours I have worked in
excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or
step increases. I wish to be included as a party in the pay claims being asserted by current and
former Cook County employees against Cook County. I hereby give consent to my attorneys,
Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against
Cook County on my behalf under the Fair Labor Standards Act.

_____     ____8/20/03_____
Signature                                                      Date

____L PN II_____     ____Cermak /Fantus_____
Position                                                       Hospital/Clinic Name

44890
8/20/03

## CONSENT FORM

I, *(printed name)* _Lorene Helton_, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Lorene Helton_
Signature

_2-20-04_
Date

_LPN II_
Position

_Provident / John Sengstacke Ambulatory_
**Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* Jetun Lewis_____, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

_____
Position

_____
Date   2/24/03

_____
Hospital/Clinic Name   Provident Hospital of Cook County

44890

# CONSENT FORM

I, *(printed name)* _Sabrena Nalls_____, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Sabrena C. Nalls_____
Signature

_November 22, 2003_____
Date

_LPN II_____
Position

_Provident Hosp. of Cook County_
Hospital/Clinic Name

44890

# CONSENT FORM

I, *(printed name)* _Vickie L. Neylon_____, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Vickie L. Neylon_____          _12-9-03_____
Signature                                                         Date

_L.P.N_____                       _Provident Hosp._____
Position                                                        **Hospital/Clinic Name**

44890

## CONSENT FORM

I, *(printed name)* Richard Wojtanowicz _____, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____     _____
Signature                                                   Date   4/6/04

_____     _____
Position   CN 2                                      Hospital/Clinic Name   CCH / Stroger Neuro ICU

44890

## CONSENT FORM

I, *(printed name)* Mammie Cartledge _____, am a current/former (circle one) employee of Cook County. I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____
Signature

12-10-03
Date

_____
Position

Cermak Medical Center
**Hospital/Clinic Name**

**August 29, 2003**
44890

# CONSENT FORM

I, *(printed name)* LINDA M. Houston-Menton_____, am a current/former (circle one) employee of Cook County.  I believe I am entitled to additional wages for hours I have worked in excess of forty hours per week, eighty hours in a 2-week period, and/or for differentials and/or step increases.  I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____         12|10|03_____
Signature                                Date

___L.P.N.II_____            __Cermak Health Services__
Position                                 **Hospital/Clinic Name**

**August 29, 2003**
44890

## CONSENT FORM

I, *(printed name)* _MARGRET  POOTHAKARY_, am a current/former (circle one)
employee of Cook County. I believe my employer has violated the Fair Labor Standards Act
regarding overtime pay. I wish to be included as a party in the pay claims being asserted by
current and former Cook County employees against Cook County. I hereby give consent to my
attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring
suit against Cook County on my behalf under the Fair Labor Standards Act.

_Margret Poothakary._  
Signature

_4 -28 - 04_  
Date

_C N I_  
Position

_OAK FOREST HOSPITAL_  
Hospital/Clinic Name

44890

# CONSENT FORM

I, *(printed name)* _Rosie Heady_, am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_Rosie L. Healy_
Signature

_5-16-04_
Date

_Clinical Nurse II_
Position

_Oak Forest Hospital_
**Hospital/Clinic Name**

44890

# CONSENT FORM

I, *(printed name)* _Lloyd W. Rickmore Jr._ , am a current/former (circle one) employee of Cook County. I believe my employer has violated the Fair Labor Standards Act regarding overtime pay. I wish to be included as a party in the pay claims being asserted by current and former Cook County employees against Cook County. I hereby give consent to my attorneys, Childress & Zdeb, Ltd. or such other representatives as they may designate, to bring suit against Cook County on my behalf under the Fair Labor Standards Act.

_____          29 January 2004
Signature                                  Date

_____          Cook County Hospital
Position Nurse Coordinator                 Hospital/Clinic Name

August 29, 2003
44890

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
**Belbis, et al on behalf of themselves and all other Plaintiffs similarly situated, known and unknown**

(b) County of Residence of First Listed Plaintiff   COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
**County of Cook**

County of Residence of First Listed   COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

DOCKETED
JUN 1 4 2004

MAGISTRATE JUDGE ASHMAN

(c) Attorney's (Firm Name, Address, and Telephone Number)
BILLHORN LAW FIRM
515 N. State Street, Suite 2200
Chicago, IL 60610   (312) 464-1450

Attorneys (If Known)
UNKNOWN

JUDGE FILIP

**04C 3940**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability   ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel &   Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | Slander   ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers'   Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 810 Selective Service |
| | Liability   Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 850 Securities/Commodities/ |
| | ☐ 340 Marine   **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product   ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | Liability   ☐ 371 Truth in Lending | | | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle   ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle   Property Damage | ☒ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 893 Environmental Matters |
| | Product Liability   ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 894 Energy Allocation Act |
| | ☐ 360 Other Personal Injury   Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 900 Appeal of Fee Determination |
| ☐ 210 Land Condemnation | ☐ 441 Voting   ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment   Sentence | | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/   **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | Accommodations   ☐ 530 General | | or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare   ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights   ☐ 540 Mandamus & Other | Security Act | 26 USC 7609 | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Cause is brought pursuant to the Fair Labor Standards Act, 29 USC Section 210 et. seq. Failure to pay overtime.

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION DEMAND   UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE   Darrah    DOCKET NUMBER   01 CV 6119

DATE   _(signature)_    SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT# _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

In the Matter of

Maria Belbis, et al, on behalf of themselves and all other
Plaintiffs similarly situated, known and unknown
v.
County of Cook

**DOCKETED**
JUN 1 4 2004

JUDGE FILIP

Case Number:

# 04C 3940

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR

MAGISTRATE JUDGE ASHMAN

Plaintiffs

| **(A)** | **(B)** |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME John W. Billhorn | NAME Christopher N. Mammel |
| FIRM Billhorn Law Firm | FIRM Childress & Zdeb, Ltd. |
| STREET ADDRESS 515 N. State Street, Ste. 2200 | STREET ADDRESS 515 N. State Street, Ste. 2200 |
| CITY/STATE/ZIP Chicago, IL 60610 | CITY/STATE/ZIP Chicago, IL 60610 |
| TELEPHONE NUMBER 312-464-1450   FAX NUMBER 312-464-1459 | TELEPHONE NUMBER 312-494-0200   FAX NUMBER 312-494-0200 |
| E-MAIL ADDRESS jbillhorn@billhornlaw.com | E-MAIL ADDRESS cmammel@childresszdeb.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6196946 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6278922 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |
| **(C)** | **(D)** |
| SIGNATURE | SIGNATURE |
| NAME Roy R. Brandys | NAME George K. Lang |
| FIRM Childress & Zdeb, Ltd. | FIRM Childress & Zdeb, Ltd. |
| STREET ADDRESS 515 N. State Street, Ste. 2200 | STREET ADDRESS 515 N. State Street, Ste. 2200 |
| CITY/STATE/ZIP Chicago, IL 60610 | CITY/STATE/ZIP Chicago, IL 60610 |
| TELEPHONE NUMBER 312-494-0200   FAX NUMBER 312-494-0202 | TELEPHONE NUMBER 312-494-0200   FAX NUMBER 312-494-0202 |
| E-MAIL ADDRESS rbrandys@childresszdeb.com | E-MAIL ADDRESS glang@childresszdeb.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6278922 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6211537 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |